No. 86–773.   STORA KOPPARBERGS BERGSLAGS AB ET AL. *v.*
CRUCIBLE, INC., ET AL.   C. A. Fed. Cir.   Certiorari denied.

No. 86–774.   CAMAROTA *v.* BERGER ET AL.   C. A. 3d Cir.
Certiorari denied.

No. 86–777.   MINCHEW *v.* FIERER.   C. A. 4th Cir.   Certiorari
denied.

No. 86–778.   MCCOLLUM ET AL. *v.* TISCH, POSTMASTER GEN-
ERAL OF THE UNITED STATES.   C. A. 11th Cir.   Certiorari de-
nied:

No. 86–779.   DELORETO ET AL. *v.* CITY OF SANTA BARBARA.
Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 86–780.   LA FOLLETTE, ATTORNEY GENERAL OF WISCON-
SIN *v.* BURLINGTON NORTHERN RAILROAD CO. ET AL.   Sup. Ct.
Wis.   Certiorari denied.

No. 86–782.   STICKLEN ET AL. *v.* CITY OF MIDDLETOWN, OHIO.
Sup. Ct. Ohio.   Certiorari denied.

No. 86–783.   WECHT *v.* ALLEGHENY COUNTY.   Pa. Commw.
Ct.   Certiorari denied.

No. 86–785.   CORRIGAN ET AL. *v.* SOMMERS DRUG STORES CO.
C. A. 5th Cir.   Certiorari denied.

No. 86–786.   MUELLER ET AL. *v.* UEHLEIN ET AL.   C. A. 7th
Cir.   Certiorari denied.

No. 86–789.   AMERICAN MULTI-CINEMA, INC. *v.* SYUFY EN-
TERPRISES.   C. A. 9th Cir.   Certiorari denied.

No. 86–790.   SCHWARZ *v.* CITY OF WARWICK ET AL.   C. A. 1st
Cir.   Certiorari denied.

No. 86–791.   GREY *v.* STATE BAR OF CALIFORNIA.   Sup. Ct.
Cal.   Certiorari denied.